**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---

------------------------------------------------------------    :

MARTIN J. WALSH, Secretary of Labor,
United States Department of Labor,                              :

                Petitioner,                        :

                                  Civil Action No. 22-1862(FLW)

v.                                                             :

BENJAMIN CORDOBA GANDARA                                        :

                                  :

                Respondent.

-------------------------------------------------------------

## <u>CONTEMPT ORDER</u>

**IT APPEARING THAT** on May 10, 2022, the Court held a contempt hearing pursuant to the May 6, 2022 Order to Show Cause in this matter, which required Respondent BENJAMIN CORDOBO GANDARA to appear on May 10, 2022, at 11:30 AM, at the Clarkson S. Fisher Federal Building and United States Courthouse, Room 5050E, 402 East State Street, Trenton, New Jersey 08608, to show cause as to why he should not be held in contempt for failing to comply with the February 24, 2022 subpoena *ad testificandum* issued to him pursuant to an investigation conducted by Occupational Safety and Health Administration ("OSHA").

**IT FURTHER APPEARING** that Respondent Gandara failed to appear as required by the Court's May 6, 2022 Order, despite the Order being sent to, and received by, Gandara via overnight mail and email. At the hearing, Counsel for Petitioner confirmed that Gandara has still not responded to the subpoena or subsequent attempts to contact him to arrange for his testimony. As a result, Counsel for Petitioner requested that the Court impose on Gandara a daily fine for his failure to appear and cooperate in the OSHA investigation.

For the reasons set forth herein and on the record, the Court finds Gandara in contempt of the Court's May 6, 2022 Order to Show Cause, and further finds that an imposition of a daily fine of $100 is appropriate and necessary to coerce Gandara to comply with the subpoena. Accordingly,

**IT IS** on this 10th day of May, 2022,

**ORDERED** that Respondent Gandara pay a daily fine of $100 per day for his failure to appear, commencing on May 11, 2022, and continuing until such time that Respondent Gandara cures his contempt by appearing and giving testimony as ordered, with the fine payable to the United States District Court for the District of New Jersey; and it is further

**ORDERED** that Petitioner send a copy of this Order to Respondent Gandara via email to all known email addresses, including but not limited to: BCGContractorCorp@hotmail.com; and it is further

**ORDERED** that the clerk of the court mail a copy of this Order to Respondent Gandara by overnight mail, return receipt requested, at the following address:

Benjamin Cordoba Gandara
10 Edgewood Court
Lakewood, NJ 08701

/s/ Freda L. Wolfson

Hon. Freda L. Wolfson
U.S. Chief District Judge

2