**U.S. Department of Labor**

Office of the Solicitor
201 Varick Street, Room 983
New York, N.Y. 10014

Reply to the Attention of:

Nicole Lancia, Trial Attorney
(646) 264-3624
Lancia.nicole@dol.gov

October 5, 2022

**<u>Via ECF</u>**

Honorable Freda L. Wolfson
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

     Re: *Walsh v. Cordoba Gandara*, No. 22-cv-1862-FLW-TJB

Dear Chief Judge Wolfson:

We represent Martin J. Walsh, Secretary of Labor, United States Department of Labor (the "Secretary") in the above referenced matter. At the Court's request, the Secretary respectfully submits a Proposed Order of Administrative Termination, which will administratively terminate the matter without prejudice to the right of the parties to reopen the proceedings for good cause shown.

Sincerely,

Jeffrey S. Rogoff
Regional Solicitor

By:    <u>/s/ Nicole Lancia</u>
       Nicole Lancia
       Trial Attorney

Enclosure

2

**CERTIFICATE OF SERVICE**

I, Nicole Lancia, an employee of the United States Department of Labor, in the Office of the Solicitor, 201 Varick Street, Room 983, New York, New York, certify that on October 5, 2022, copies of the Plaintiff's Letter Regarding Administrative Termination and Proposed Order of Administrative Termination were served on Defendant at the following address:

> Benjamin Cordoba Gandara
> 10 Edgewood Court
> Lakewood, NJ 08701

/s/ Nicole Lancia
Nicole Lancia
Trial Attorney

DATED:     October 5, 2022
           New York, New York

2